384 A.2d 995

Firemen's Insurance Company of Newark, New Jersey v. Security Bureau, Inc., Appellant et al.

Argued November 21, 1977. William F. Donatelli, for appellant; John W. Jordan, IV, with him Thomson, Rhodes & Grigsby, for appellee.

Order affirmed.